# EXHIBIT B

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
In re:                                           :
MUSICLAND HOLDING CORP., et al.,                 :    Case No. 06-10064 (SMB)
            Debtors.                             :    Chapter 11
-------------------------------------------------X
BUENA VISTA HOME ENTERTAINMENT,                  :
INC., a California corporation; CARGILL          :
FINANCIAL SERVICES INTERNATIONAL,                :
INC., a Delaware corporation; HAIN CAPITAL       :
GROUP, LLC, a Delaware limited liability         :
company; PARAMOUNT PICTURES                      :
CORPORATION, a Delaware corporation;             :
TWENTIETH CENTURY FOX HOME                       :
ENTERTAINMENT LLC, a Delaware limited            :    A.P. No. 07-1705 (SMB)
liability company; UBS WILLOW FUND, LLC,         :
a Delaware limited liability company; and        :
VÄRDE INVESTMENT PARTNERS, L.P., a               :
Delaware limited partnership,                    :
            Plaintiffs,                          :
                                                 :
            v.                                   :
                                                 :    BC 07.0170
WACHOVIA BANK, N.A., a national                  :
banking association, in its capacity as Agent;   :
and HARRIS N.A., a national banking              :
association,                                     :
            Defendants.                          :
-------------------------------------------------X
```

## JUDGMENT

This action came on for hearing before the Court, Honorable Stuart M. Bernstein, Bankruptcy Judge, presiding, and the issues having been duly heard and a decision having been duly rendered,

It is **Ordered and Adjudged**,

That the plaintiffs take nothing from the defendants, Wachovia Bank, N.A. and Harris N.A., and that the action be dismissed on the merits.

Dated at New York, New York, this <u>Twenty-Seventh</u> day of <u>August</u>, 2007.

<u>Kathleen Farrell-Willoughby</u>
Clerk of Court

By: <u>/s/ Anatin Rouzeau</u>
Deputy Clerk