Robert J. Feinstein (RF 2836)
Alan J. Kornfeld (AK 5647)
Beth E. Levine (BL 6715)
PACHULSKI STANG ZIEHL YOUNG JONES
  & WEINTRAUB LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Tel: (212) 561-7700 / Fax: (212) 561-7777

Attorneys for Plaintiffs

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>MUSICLAND HOLDING CORP., et al.,[1]<br>　　　　　　　Debtors. | Case No. 06-10064 (SMB)<br>Chapter 11<br>Jointly Administered |
| BUENA VISTA HOME ENTERTAINMENT, INC., a California corporation; CARGILL FINANCIAL SERVICES INTERNATIONAL, INC., a Delaware corporation; HAIN CAPITAL GROUP, LLC, a Delaware limited liability company; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC, a Delaware limited liability company; UBS WILLOW FUND, LLC, a Delaware limited liability company; and VÄRDE INVESTMENT PARTNERS, L.P., a Delaware limited partnership,<br>　　　　　　　Plaintiffs,<br><br>v.<br><br>WACHOVIA BANK, N.A., a national banking association, in its capacity as Agent; and HARRIS N.A., a national banking association,<br>　　　　　　　Defendants. | Adv. Proc. No.: 07-01705 (SMB) |

---

[1] The Debtors are: Musicland Holding Corp., Media Play, Inc., MG Financial Services, Inc., MLG Internet, Inc., Musicland Purchasing Corp., Musicland Retail, Inc., Request Media, Inc., Sam Goody Holding Corp., Suncoast Group, Inc., Suncoast Holding Corp., Suncoast Motion Picture Company, Inc., Suncoast Retail, Inc., TMG Caribbean, Inc., TMG-Virgin Islands, Inc., The Musicland Group, Inc.

DOCS_NY:13335.1

## **NOTICE OF APPEAL**

Buena Vista Home Entertainment, Inc., Cargill Financial Services International, Inc., Hain Capital Group, LLC, Paramount Pictures Corporation, Twentieth Century Fox Home Entertainment LLC, UBS Willow Fund, LLC, and Värde Investment Partners, L.P. (collectively, "Plaintiffs"), through their undersigned counsel, appeal under 28 U.S.C. § 158(a) from (a) the Memorandum Decision and Order (the "Decision") of the United States Bankruptcy Court for the Southern District of New York (Hon. Stuart M. Bernstein) entered on August 27, 2007 (Docket No. 37) granting motion to dismiss the complaint, and (b) the Judgment (the "Judgment") entered on August 27, 2007 by the Clerk of United States Bankruptcy Court for the Southern District of New York dismissing the above-captioned action (Docket No. 38). A copy of the Decision is annexed hereto as **Exhibit A**, and a copy of the Judgment is annexed hereto as **Exhibit B**.

The names of all parties to the Decision and Judgment appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

> Robert J. Feinstein
> Alan J. Kornfeld
> Beth E. Levine
> Pachulski Stang Ziehl Young
>   Jones & Weintraub LLP
> 780 Third Avenue, 36th Floor
> New York, New York 10017
> Telephone: (212) 561-7700
> Facsimile: (212) 561-7777
>
> Attorneys for Buena Vista Home
> Entertainment, Inc., Cargill Financial Services
> International, Inc., Hain Capital Group, LLC,
> Paramount Pictures Corporation, Twentieth
> Century Fox Home Entertainment LLC,
> UBS   Willow  Fund, LLC
> and Värde Investment Partners, L.P.

DOCS_NY:13335.1

Richard Haddad
Stuart J. Wells.
Otterbourg Steindler Houston & Rosen, P.C.
230 Park Avenue
New York, New York 10169

Attorneys for Defendant Wachovia Bank, N.A.

Fredrick Lochbihler
David S. Barritt
Michael T. Benz
Chapman & Cutler LLP
111 West Monroe Street
Chicago, Illinois 60603

Co-Counsel for Defendant Harris, N.A.


Robert D. Piliero, Esq.
Richard D. Brosnick, Esq.
Piliero Goldstein Kogan & Miller LLP
10 East 53rd Street
New York, New York 10022
Co-Counsel for Defendant Harris, N.A.


Dated: New York, New York
       August 30, 2007

_____
Robert J. Feinstein (RF 2836)
Alan J. Kornfeld (AK 5647)
Beth E. Levine (BL 6715)
PACHULSKI STANG ZIEHL YOUNG JONES
 & WEINTRAUB LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

Attorneys for Buena Vista Home
Entertainment, Cargill Financial Services
International, Inc., Hain Capital Group, LLC,
Paramount Pictures Corporation, Twentieth
Century Fox Home Entertainment LLC,
UBS Willow Fund, LLC and
Värde Investment Partners, L.P.