# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

| | |
|---|---|
| In re:<br>MUSICLAND HOLDING CORP., *et al.*,<br>Debtors. | Case No. 06-10064 (SMB)<br>Chapter 11 |
| -----------------------------------------------------X | |
| BUENA VISTA HOME ENTERTAINMENT, INC., a California corporation; CARGILL FINANCIAL SERVICES INTERNATIONAL, INC., a Delaware corporation; HAIN CAPITAL GROUP, LLC, a Delaware limited liability company; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC, a Delaware limited liability company; UBS WILLOW FUND, LLC, a Delaware limited liability company; and VÄRDE INVESTMENT PARTNERS, L.P., a Delaware limited partnership,<br>Plaintiffs, | A.P. No. 07-1705 (SMB) |
| v. | BC 07.0170 |
| WACHOVIA BANK, N.A., a national banking association, in its capacity as Agent; and HARRIS N.A., a national banking association,<br>Defendants. | |
| -----------------------------------------------------X | |

## JUDGMENT

This action came on for hearing before the Court, Honorable Stuart M. Bernstein, Bankruptcy Judge, presiding, and the issues having been duly heard and a decision having been duly rendered,

It is **Ordered and Adjudged**,

That the plaintiffs take nothing from the defendants, Wachovia Bank, N.A. and Harris N.A., and that the action be dismissed on the merits.

Dated at New York, New York, this <u>Twenty-Seventh</u> day of <u>August</u>, 2007.

<u>Kathleen Farrell-Willoughby</u>
Clerk of Court

By: <u>/s/ Anatin Rouzeau</u>
Deputy Clerk
