Robert J. Feinstein (RF 2836)
Alan J. Kornfeld (AK 5647)
Beth E. Levine (BL 6715)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Tel: (212) 561-7700 / Fax: (212) 561-7777

Attorneys for Plaintiffs

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>MUSICLAND HOLDING CORP., et al.,[1]<br><br>     Debtors. | Case No. 06-10064 (SMB)<br><br>Chapter 11<br><br>Jointly Administered |
| BUENA VISTA HOME ENTERTAINMENT, INC., a California corporation; CARGILL FINANCIAL SERVICES INTERNATIONAL, INC., a Delaware corporation; HAIN CAPITAL GROUP, LLC, a Delaware limited liability company; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC, a Delaware limited liability company; UBS WILLOW FUND, LLC, a Delaware limited liability company; and VÄRDE INVESTMENT PARTNERS, L.P., a Delaware limited partnership,<br><br>     Plaintiffs,<br><br>  v.<br><br>WACHOVIA BANK, N.A., a national banking association, in its capacity as Agent; and HARRIS N.A., a national banking association,<br><br>     Defendants. | Adv. Proc. No.: 07-01705 (SMB) |

---

[1] The Debtors are: Musicland Holding Corp., Media Play, Inc., MG Financial Services, Inc., MLG Internet, Inc., Musicland Purchasing Corp., Musicland Retail, Inc., Request Media, Inc., Sam Goody Holding Corp., Suncoast Group, Inc., Suncoast Holding Corp., Suncoast Motion Picture Company, Inc., Suncoast Retail, Inc., TMG Caribbean, Inc., TMG-Virgin Islands, Inc., The Musicland Group, Inc.

DOCS_NY:13371.2

### DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL PURSUANT TO BANKRUPTCY RULE 8006 BY APPELLANTS IN CONNECTION WITH THEIR APPEAL OF THE DECISION AND JUDGMENT ENTERED ON <u>AUGUST 27, 2007 DISMISSING THE COMPLAINT IN THIS ACTION</u>

Buena Vista Home Entertainment, Inc., Cargill Financial Services International, Inc., Hain Capital Group, LLC, Paramount Pictures Corporation, Twentieth Century Fox Home Entertainment LLC, UBS Willow Fund, LLC, and Värde Investment Partners, L.P. (collectively, "Appellants"), through their undersigned counsel, designate the following documents for inclusion in the record on appeal:

1. Complaint against Wachovia Bank, N.A, and Harris N.A. (Entered 05/15/2007) – **Docket No. 1**.

2. First Motion to Dismiss Adversary Proceeding Filed On Behalf of Harris N.A. (Entered 06/15/2007) – **Docket No. 3**.

3. First Memorandum of Law In Support of Motion to Dismiss Complaint Pursuant to Bankruptcy Rule 7012 and Federal Rule of Civil Procedure 12(b)(6) Filed on Behalf of Harris N.A. (Entered 6/15/2007) – **Docket No. 4**.

4. Motion to Dismiss Adversary Proceeding Filed on Behalf of Wachovia Bank, N.A. (Entered 6/15/2007) – **Docket No. 7**.

5. Memorandum of Law of Defendant Wachovia Bank, N.A. In Support of Motion to Dismiss Complaint Filed on Behalf of Wachovia Bank, N.A. (Entered 6/15/2007) – **Docket No. 8**.

6. Memorandum of Law In Opposition to Defendants' Motion to Dismiss Complaint Filed on Behalf of Buena Vista Home Entertainment, Inc., Cargill Financial Services International, Inc., Hain Capital Group, LLC, Paramount Pictures Corporation, Twentieth

Century Fox Home Entertainment LLC, UBS Willow Fund, LLC, and Värde Investment Partners, L.P. (Entered 07/13/2007) – **Docket No. 21**.

7. Reply Memorandum of Law In Further Support of Defendant N.A.'s Motion to Dismiss Complaint Pursuant to Bankruptcy Rule 7012 and Federal Rule of Civil Procedure 12(b)(6) (Entered 07/26/07) – **Docket No. 23**.

8. Reply Memorandum of Law in Further Support of Wachovia's Motion to Dismiss the Complaint Filed on Behalf of Wachovia Bank, N.A. (Entered 07/26/07) – **Docket No. 24**.

9. Transcript of Hearing Held on August 9, 2007 (Entered 08/21/2007) – **Docket No. 36**.

10. Memorandum Decision and Order Signed on 8/24/2007 Granting Motion to Dismiss Complaint (Entered 08/27/07) – **Docket No. 37**.

11. Judgment Index No. BC 07.0170 (Entered 08/27/07) – **Docket No. 38**.

12. Amended Notice of Appeal (Entered 8/30/07) – **Docket No. 40**.

### STATEMENT OF ISSUE ON APPEAL

Appellants state the issue on appeal is:

1. Whether the Bankruptcy Court erred in dismissing the complaint filed in the above-captioned adversary proceeding for failure to state a claim upon which relief can be

granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable here pursuant to Rule 7012 of the Federal Rules of Bankruptcy Procedure.

Dated: New York, New York
      September 10, 2007

                                      /s/ Beth E. Levine
Robert J. Feinstein (RF 2836)
Alan J. Kornfeld (AK 5647)
Beth E. Levine (BL 6715)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

Attorneys for Buena Vista Home Entertainment, Cargill Financial Services International, Inc., Hain Capital Group, LLC, Paramount Pictures Corporation, Twentieth Century Fox Home Entertainment LLC, UBS Willow Fund, LLC and Värde Investment Partners, L.P.