

PACHULSKI
STANG
ZIEHL
JONES

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP
NEW YORK NY
LOS ANGELES CA
SAN FRANCISCO CA
WILMINGTON DE

780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE 212/561 7700
FACSIMILE 212/561 7777

Beth E. Levine         October 11, 2007         blevine@pszjlaw.com
                                                212.561.7720



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-11-07

**VIA TELECOPIER**

The Honorable Victor Marrero
United States District Judge
United States District Court
United States Courthouse
500 Pearl Street, Room 660
New York, New York 10007

Re: Buena Vista Home Entertainment, Inc., et al. v.
Wachovia Bank, N.A., et al.,
Case No. 07-CV-08423 (UA)

Dear Judge Marrero:

This firm represents the appellants (the "Appellants") in the above-referenced appeal from an order of Judge Stuart M. Bernstein, Chief United States Bankruptcy Judge, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable by Rule 7012 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), dismissing the complaint filed by Appellants in the Bankruptcy Court.

The appeal was docketed in this Court on September 28, 2007, and on the same day, was referred to Judge Batts as possibly related to Case No. 07-cv-595 which had previously been assigned to her. However, last night, we learned from Judge Batts' law clerk that she is not accepting the case and that it will be returned to the wheel for assignment. To date, the case is still designated as "unassigned" on the docket. We understand that you are serving as the Part I Judge this week, and because, as described below, this matter is some urgency, we are writing to you in that capacity.

Specifically, pursuant to Bankruptcy Rule 8009, Appellants' initial brief would be due next week on October 15, 2007, the brief of the appellees (the "Appellees") would be due fifteen days

LOS ANGELES
10100 SANTA MONICA BLVD
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-1100

TELEPHONE 310/277 6910
FACSIMILE 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE 415/263 7000
FACSIMILE 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
PO BOX 8705
WILMINGTON
DELAWARE 19899-8705
(Courier Zip Code 19801)

TELEPHONE 302/652 4100
FACSIMILE 302/652 4400

www.pszjlaw.com

DOCS_NY:13667.1



**PACHULSKI STANG ZIEHL JONES**

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

The Honorable Victor Marrero
October 11, 2007
Page 2

thereafter on October 30, 2007, and Appellants' reply brief would be due on November 9, 2007. However, all parties have agreed to a briefing schedule pursuant to which Appellants' initial brief will be filed on or before November 2, 2007, Appellees' brief will be filed on November 30, 2007, and Appellants' reply brief will be filed on December 21, 2007.

We respectfully request that Your Honor approve the schedule set forth above. Thank you for your consideration of this matter.

Respectfully submitted,

Beth E. Levine

BEL/kgb
cc: Richard Haddad, Esq., Counsel for Appellee Wachovia Bank, N.A. (by telecopier)
Frederick Lochbihler, Esq., Counsel for Appellee Harris, N.A. (by telecopier)

> Request GRANTED. The briefing schedule with respect to the appeal in this action shall be as set forth above: Appellants' brief 11-2-07; Appellees' response 11-2-07; reply 12-21-07.
>
> SO ORDERED:
> 10-11-07
> DATE         VICTOR MARRERO, U.S.D.J.
> Part 1