EXHIBIT AA3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
In re:                                              :
MUSICLAND HOLDING CORP., *et al.*,                  :   Case No. 06-10064 (SMB)
          Debtors.                         :   Chapter 11
----------------------------------------------------X
BUENA VISTA HOME ENTERTAINMENT,                     :
INC., a California corporation; CARGILL             :
FINANCIAL SERVICES INTERNATIONAL,                   :
INC., a Delaware corporation; HAIN CAPITAL          :
GROUP, LLC, a Delaware limited liability            :
company; PARAMOUNT PICTURES                         :
CORPORATION, a Delaware corporation;                :
TWENTIETH CENTURY FOX HOME                          :
ENTERTAINMENT LLC, a Delaware limited               :   A.P. No. 07-1705 (SMB)
liability company; UBS WILLOW FUND, LLC,            :
a Delaware limited liability company; and           :
VÄRDE INVESTMENT PARTNERS, L.P., a                  :
Delaware limited partnership,                       :
          Plaintiffs,                      :
                                                    :
    v.                                              :
                                                    :   BC 07.0170
WACHOVIA BANK, N.A., a national                     :
banking association, in its capacity as Agent;      :
and HARRIS N.A., a national banking                 :
association,                                        :
          Defendants.                      :
----------------------------------------------------X

## JUDGMENT

    This action came on for hearing before the Court, Honorable Stuart M. Bernstein, Bankruptcy Judge, presiding, and the issues having been duly heard and a decision having been duly rendered,

    It is **Ordered and Adjudged**,

That the plaintiffs take nothing from the defendants, Wachovia Bank, N.A. and Harris N.A., and that the action be dismissed on the merits.

Dated at New York, New York, this <u>Twenty-Seventh</u> day of <u>August</u>, 2007.

                                                       <u>Kathleen Farrell-Willoughby</u>
                                                            Clerk of Court

                                                 By: <u>/s/ Anatin Rouzeau</u>
                                                         Deputy Clerk