Robert J. Feinstein (RF 2836)
Alan J. Kornfeld (AK 5647)
Beth E. Levine (BL 6715)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
(212) 561-7700

Counsel for Appellants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>MUSICLAND HOLDING CORP., *et al.*,<br><br>            Debtors.<br><br>BUENA VISTA HOME ENTERTAINMENT, INC., a California corporation; CARGILL FINANCIAL SERVICES INTERNATIONAL, INC., a Delaware corporation; HAIN CAPITAL GROUP, LLC, a Delaware limited liability company; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC, a Delaware limited liability company; UBS WILLOW FUND, LLC, a Delaware limited liability company; and VÄRDE INVESTMENT PARTNERS, L.P., a Delaware limited partnership,<br><br>            Appellants,<br><br>    v.<br><br>WACHOVIA BANK, N.A., a national banking association, in its capacity as Agent; and HARRIS N.A., a national banking association,<br><br>            Appellees. | 07-CV-08423-(RWS)<br><br>Chapter 11<br><br>Bk. Case No. 06-10064 (SMB)<br>Jointly Administered<br><br>Adv. Proc. No. 07-01705 (SMB)<br><br>On Appeal from the Order and Judgment of the United States Bankruptcy Court of the Southern District of New York Granting Defendants' Motions to Dismiss Complaint |

## AFFIDAVIT OF SERVICE

I, Thomas J. Brown, certify that, on the 2nd day of November 2007, I caused to be served true and accurate copies of the *Opening Brief of Appellants* and the *Appellants Appendix* upon the parties on the attached service list via Federal Express, an overnight courier.

/s/   Thomas J. Brown
Thomas J. Brown

SWORN TO AND SUBSCRIBED before me this
 5th day of November, 2007

 /s/  Ann Mason
Notary Public, State of New York
Registration No. 01MA6159286
Qualified in Queens County
Commission Expires January 16, 2011

## SERVICE LIST

Richard Haddad, Esq.
Otterbourg Steindler Houston & Rosen
230 Park Avenue
New York, NY  10169


Fredrick Lochbihler, Esq.
Chapman & Cutler LLP
111 West Monroe Street
Chicago, IL  60603


Robert D. Piliero, Esq.
Piliero Goldstein Kogan & Miller LLP
10 East 53rd Street
New York, NY  10022


James Stempl, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601