Robert D. Piliero (RP 6898)
Richard B. Brosnick (RB 0005)
**PILIERO GOLDSTEIN, LLP**
10 East 53rd Street
New York, New York 10022
Tel: (212) 478-8500
Fax: (212) 478-8584

-and-

Fredrick V. Lochbihler *(pro hac vice motion pending)*
David S. Barritt *(pro hac vice motion pending)*
Michael T. Benz *(pro hac vice motion pending)*
**CHAPMAN AND CUTLER LLP**
111 West Monroe Street
Chicago, Illinois 60603
Tel: (312) 845-3000
Fax: (312) 701-2361

*Attorneys for Defendant Harris, N.A.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/07

Motion granted
[signature]
USDJ
10.28.07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
In re                                    )
MUSICLAND HOLDING CORP., et al.,         )
                                         )
                        Debtors.         )
- - - - - - - - - - - - - - - - - - - - -)  Case No. 07-08423 (RWS)
                                         )
                                         )  Chapter 11
BUENA VISTA HOME                         )
ENTERTAINMENT, INC., ET AL.,             )  Jointly Administered
                                         )
                        Plaintiffs,      )
                                         )
                                         )
        - against -                      )  **MOTION FOR**
                                         )  **ADMISSION**
                                         )  *PRO HAC VICE*
WACHOVIA BANK, N.A., ET AL.,             )
                                         )
                                         )
                        Defendants.      )
----------------------------------------X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Robert D. Piliero, a member in good standing of the Bar of this Court, hereby respectfully move for an Order allowing the admission *pro hac vice* of

>David S. Barritt, Esq.
>CHAPMAN AND CUTLER LLP
>111 West Monroe Street
>Chicago, Illinois  60603
>(312) 845-3711
>(312) 516-1911 (Fax)
>barritt@chapman.com

David S. Barritt is a member in good standing of the Bar of the State of Illinois as evidenced by the Certificate of Good Standing that is annexed as Exhibit A to the accompanying Affidavit of Robert D. Piliero sworn on October 24, 2007. I am not aware of any pending disciplinary proceedings(s) against David S. Barritt in any State or Federal court.

Dated: New York, New York
October 24, 2007

Respectfully submitted,

**CHAPMAN AND CUTLER LLP**
Fredrick V. Lochbihler *(pro hac vice motion pending)*
David S. Barritt *(pro hac vice motion pending)*
Michael T. Benz *(pro hac vice motion pending)*
111 West Monroe Street
Chicago, Illinois 60603
Tel: (312) 845-3000
Fax: (312) 701-2361

-and-

**PILIERO GOLDSTEIN, LLP**

By: _____
Robert D. Piliero (RP 6898)
Richard B. Brosnick (RB 0005)
10 East 53rd Street
New York, New York 10022
Tel: (212) 478-8500
Fax: (212) 478-8584

*Attorneys for Defendant Harris N.A.*