Robert D. Piliero (RP 6898)
Richard B. Brosnick (RB 0005)
**PILIERO GOLDSTEIN, LLP**
10 East 53rd Street
New York, New York 10022
Tel: (212) 478-8500
Fax: (212) 478-8584

-and-

Fredrick V. Lochbihler *(pro hac vice motion pending)*
David S. Barritt *(pro hac vice motion pending)*
Michael T. Benz *(pro hac vice motion pending)*
**CHAPMAN AND CUTLER LLP**
111 West Monroe Street
Chicago, Illinois 60603
Tel: (312) 845-3000
Fax: (312) 701-2361

*Attorneys for Defendant Harris, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
In re                                    )
MUSICLAND HOLDING CORP., et al.,         )
                                         )
                         Debtors.        )
----------------------------------------)
                                         )   Case No. 07-08423 (RWS)
                                         )
BUENA VISTA HOME                         )   Chapter 11
ENTERTAINMENT, INC., ET AL.,             )
                                         )   Jointly Administered
                                         )
                         Plaintiffs,     )
                                         )
                                         )   **AFFIDAVIT IN SUPPORT OF**
          - against -                    )   **APPLICATION TO ADMIT**
                                         )   **DAVID S. BARRITT, MICHAEL T.**
                                         )   **BENZ AND FREDERICK V.**
WACHOVIA BANK, N.A., ET AL.,             )   **LOCHBIHLER** *PRO HAC VICE*
                                         )
                         Defendants.     )
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/07

Motion granted
Sweet
USDJ
10-29-07

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) s.s.: |
| COUNTY OF NEW YORK | ) |

ROBERT D. PILIERO, having been duly sworn, deposes and says:

1. I am a Member of the firm Piliero Goldstein, LLP, one of the attorneys for defendant Harris N.A. in the above captioned action. I respectfully submit this Affidavit in support of defendant Harris N.A.'s motion to admit David S. Barritt, Michael T. Benz and Frederick V. Lochbihler as attorneys *pro hac vice* to represent it in this matter. The facts asserted in this affidavit are true based on my own personal knowledge.

2. I was admitted to the Bars of both the State of New York and the United States District Court for the Southern District of New York in June 1975, and am now and have always been a member in good standing of both Bars.

3. I respectfully submit this Affidavit in support of plaintiffs' motion for an Order granting the application of David S. Barritt, Michael T. Benz and Frederick V. Lochbihler for admission *pro hac vice* to serve as counsel for defendant Harris N.A. in the above-captioned action. Messrs. Barritt, Benz and Lochbihler have previously been admitted *pro hac vice* in the underlying action before the Bankruptcy Court (Adv. Proc. No. 07-01705 (SMB)).

4. Upon information and belief, based on the Certificates of Good Standing annexed hereto as Exhibit A, Exhibit B and Exhibit C, David S. Barritt, Michael T. Benz and Frederick V. Lochbihler, respectively, are members in good standing of the Bar of the State of Illinois; and are members of the Chicago law firm Chapman and Cutler LLP.

_____
Robert D. Piliero

Sworn to and subscribed before me
this 24 day of October, 2007.

_____

RICHARD BROSNICK
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02BR6002253
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 9, 20__

3