```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------X

In re                                    :
MUSICLAND HOLDING CORP., et al.,
                                         :
                 Debtors.                   07 Civ. 8423 (RWS)

-----------------------------------------X

BUENA VISTA HOME                         :
ENTERTAINMENT, INC., et al.,                SCHEDULING ORDER
                                         :
                 Plaintiffs,
                                         :
    -against-
                                         :
WACHOVIA BANK, N.A., et al.,
                                         :
                 Defendants.
-----------------------------------------X
```

**Sweet, D.J.**

      This bankruptcy appeal, filed on September 28, 2007, shall proceed on the following schedule:

      1) Appellant having served and filed its brief on November 2, 2007, appellee shall serve and file its brief by November 19, 2007.

      2) Appellant may serve and file a reply brief within 10 days after service of the brief of the appellee, and if the appellee has cross-appealed, the appellee may file and serve a reply brief to the response of the appellant to the issue presented in the cross-appeal within 10 days after service of the reply brief of the appellant.

      3) Argument on the appeal will be heard on January 16, 2008, at 12:00 noon in courtroom 18C.

All mail and telephone calls concerning the calendar status of this action must be directed to the Courtroom Clerk (212) 805-0124.

It is so ordered.

**New York, NY**
**November 8, 2007**

_____
ROBERT W. SWEET
U.S.D.J.