


# PACHULSKI STANG ZIEHL JONES

Beth E. Levine    November 14, 2007    blevine@pszjlaw.com
212.561.7720

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP
NEW YORK, NY
LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE

780 THIRD AVENUE
36th FLOOR
NEW YORK
NEW YORK 10017-2024

TELEPHONE: 212/561 7700
FACSIMILE: 212/561 7777

**BY TELECOPIER**

Tsz Chan Courtroom Clerk to
The Honorable Robert W. Sweet
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

So ordered
Sweet USDJ
11-14-07

Re:  **Buena Vista Home Entertainment, Inc. et al.,
Appellants, v. Wachovia Bank, N.A., et al.,
Appellees, Case No. 07-CV-08423 (RWS)**

Dear Mr. Chan:

We represent Appellants in the above-referenced appeal of a memorandum order and judgment entered by the Honorable Stuart M. Bernstein, Chief United States Bankruptcy Judge of the Southern District of New York, granting defendants' motions to dismiss the complaint filed in the Bankruptcy Court.

On October 11, 2007, prior to the date on which this appeal was assigned to Judge Sweet, Judge Marrero who was serving as the Part I Judge on that day, issued the attached order (the "Initial Scheduling Order") approving a briefing schedule that had been agreed upon by all parties. Specifically, the Initial Order approved a schedule whereby Appellants were to file their opening brief on November 2, 2007, Appellees are to file their brief on November 30, 2007 and Appellants' reply brief is to be filed on December 21, 2007. The parties have all been proceeding under the assumption that that schedule would remain in full force and effect.

On November 8, 2007, Judge Sweet also issued a scheduling order that set forth a different, significantly shorter briefing schedule. In light of the fact that the Initial Order reflected a

LOS ANGELES
10100 SANTA MONICA BLVD
11th FLOOR
LOS ANGELES
CALIFORNIA 90067-4100

TELEPHONE 310/277 6910
FACSIMILE 310/201 0760

SAN FRANCISCO
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

TELEPHONE 415/263 7000
FACSIMILE 415/263 7010

DELAWARE
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705
(Courier Zip Code 19801)

TELEPHONE 302/652 4100
FACSIMILE 302/652 4400

WEB www.pszjlaw.com

DOCS_NY:13936.1



**PACHULSKI STANG ZIEHL & JONES**

LAW OFFICES
LIMITED LIABILITY PARTNERSHIP

The Honorable Robert W. Sweet
November 14, 2007
Page 2

schedule agreed upon by all parties and upon which all parties relied, we respectfully request that the Court permit the parties to revert to the schedule in the Initial Order. Counsel for the Appellees have authorized me to inform you that they support this request.

Respectfully submitted,

Beth E. Levine

BEL
cc: Richard Haddad, Esq. (by telecopier)
Frederick Lochbihler, Esq. (by telecopier)

DOCS_NY:13936.1