UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) 07-CV-08423 (RWS) |
| | ) |
| MUSICLAND HOLDING CORP., *et al.*, | ) Chapter 11 |
| | ) |
| Debtors. | ) |
| | ) Bk. Case No. 06-10064 (SMB) |
| | ) Jointly Administered |
| BUENA VISTA HOME ENTERTAINMENT, | ) |
| INC., a California corporation; CARGILL | ) Adv. Proc. No. 07-01705 (SMB) |
| FINANCIAL SERVICES INTERNATIONAL, | ) |
| INC., a Delaware corporation; HAIN CAPITAL | ) On Appeal from the Order |
| GROUP, LLC, a Delaware limited liability | ) and Judgment of the United |
| company; | ) States Bankruptcy Court of the |
| PARAMOUNT PICTURES CORPORATION, a | ) Southern District of New York |
| Delaware corporation; TWENTIETH CENTURY | ) Granting Defendants' |
| FOX HOME ENTERTAINMENT LLC, | ) Motions to Dismiss Complaint |
| a Delaware limited liability company; | ) |
| UBS WILLOW FUND LLC, a Delaware limited | ) |
| liability company; and VÄRDE INVESTMENT | ) |
| PARTNERS, L.P., a Delaware limited partnership, | ) |
| | ) |
| Appellants, | ) |
| | ) |
| v. | ) |
| | ) |
| WACHOVIA BANK, N.A., a national banking | ) |
| association, in its capacity as Agent; and | ) |
| HARRIS N.A., a national banking association, | ) |
| | ) |
| Appellees. | ) |

**RULE 7.1 STATEMENT OF APPELLEE WACHOVIA BANK, N.A.**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Appellee Wachovia Bank, N.A. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: Wachovia Corporation.

Dated: New York, New York
       November 30, 2007

OTTERBOURG, STEINDLER, HOUSTON
   & ROSEN, P.C.

By: ___/s/___ Richard G. Haddad_____
       Richard G. Haddad (RH-6438)
       A Member of the Firm
    230 Park Avenue
    New York, New York 10169
    Tel. No.: (212) 661-9100
    Attorneys for Appellee Wachovia Bank, N.A.

928317.1