UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>MUSICLAND HOLDING CORP., *et al.*,<br><br>　　　　　　　　　　Debtors. | 07-CV-08423 (RWS)<br><br>Chapter 11<br><br>Bk. Case No. 06-10064 (SMB)<br>Jointly Administered |
| BUENA VISTA HOME ENTERTAINMENT, INC., a California corporation; CARGILL FINANCIAL SERVICES INTERNATIONAL, INC., a Delaware corporation; HAIN CAPITAL GROUP, LLC, a Delaware limited liability company; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC, a Delaware limited liability company; UBS WILLOW FUND LLC, a Delaware limited liability company; and VÄRDE INVESTMENT PARTNERS, L.P., a Delaware limited partnership,<br><br>　　　　　　　　　　Appellants,<br>v.<br><br>WACHOVIA BANK, N.A., a national banking association, in its capacity as Agent; and HARRIS N.A., a national banking association,<br><br>　　　　　　　　　　Appellees. | Adv. Proc. No. 07-01705 (SMB)<br><br>On Appeal from the Order and Judgment of the United States Bankruptcy Court of the Southern District of New York Granting Defendants' Motions to Dismiss Complaint |

## CERTIFICATE OF SERVICE

The undersigned, an associate at the law firm of Otterbourg, Steindler, Houston & Rosen, P.C., which serves as counsel to Wachovia Bank, N.A. ("Wachovia"), an Appellee in the above-captioned Bankruptcy Appeal, hereby certifies that on the 30th of November, 2007, a copy of Wachovia's Brief was caused to be served upon the individuals on the attached service list by placing copies in enclosed, first-class postage-paid envelopes properly addressed to each party at the address identified on the attached

service list, and depositing said envelopes in a depository under the exclusive care and custody of the United States Post Office

New, New York
December 3, 2007

          OTTERBOURG, STEINDLER, HOUSTON
            & ROSEN, P.C.

By:   /s/ Stuart J. Wells
       Stuart J. Wells, Esq. (2186)
       230 Park Avenue
New York, New York 10169
Tel. No.: (212) 661-9100
Attorneys for Appellee Wachovia Bank, N.A.

928317.1

## SERVICE LIST

**Alan J. Kornfeld, Esq.**
Palchulski Stang Ziehl Young
    Jones & Weintraub LLP
780 Third Avenue
New York, New York

Attorneys for Appellant


**Frederick Lochbiller, Esq.**
Chapman & Cutler LLP
111 Monroe Street
Chicago, IL 60603

Attorneys for Appellee Harris, N.A.


**Richard Brosnick, Esq.**
Pileiro Goldstein Kogan & Miller LLP
10 East 53rd Street
New York 10022

Attorneys for Appellee Harris, N.A.

928317.1