UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re
MUSICLAND HOLDING CORP., et al.,         07-cv-08423 (RWS)
                           Debtors.
------------------------------------------------------X  Case No. 06-10064 (SMB)
BUENA VISTA HOME
ENTERTAINMENT, INC., ET AL.,                Chapter 11
                                            Jointly Administered
                           Plaintiffs,
                                            Adv. Proc. No. 07-01705 (SMB)
          against –

WACHOVIA BANK, N.A., ET AL.,                On Appeal from the Order and
                           Defendants      Judgment of the United States
                                            Bankruptcy Court of the Southern
                                            District of New York Granting
                                            Defendants' Motions to Dismiss the
                                            Complaint
------------------------------------------------------X

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:   ROBERT D. PILIERO

[X]  *Attorney*

[X]  I am a U.S.D.C, Southern District of New York attorney. My Bar Number is:

   RP 6898

   I am a Pro Hac Vice attorney

   ☐  I am a Government Agency attorney

[X]  *Law Firm/Government Agency Association*

   From: PILIERO GOLDSTEIN, LLP

   To:    BUTZEL LONG, P.C.

   [X]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

   ☐  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

[X]  *Address: 380 Madison Avenue, 22nd Floor, New York, New York 10017*

[X]  *Telephone Number: 212-818-1110*

[X]  *Fax Number:    212-818-0494*

[X]  *E-Mail Address: Piliero@butzel.com*

Dated: 12/11/2007