UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re
MUSICLAND HOLDING CORP., et al.,
                           Debtors.
------------------------------------------------X
BUENA VISTA HOME
ENTERTAINMENT, INC., ET AL.,

                         Plaintiffs,

    against –

WACHOVIA BANK, N.A., ET AL.,
                       Defendants




------------------------------------------------X

07-cv-08423 (RWS)

Case No. 06-10064 (SMB)

Chapter 11
Jointly Administered

Adv. Proc. No. 07-01705 (SMB)

On Appeal from the Order and
Judgment of the United States
Bankruptcy Court of the Southern
District of New York Granting
Defendants' Motions to Dismiss the
Complaint

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for:    RICHARD B. BROSNICK, ESQ. (RB 0005)

[X] *Attorney*

[X] I am a U.S.D.C, Southern District of New York attorney. My Bar Number is: <u>RB 0005</u>

      I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[X] *Law Firm/Government Agency Association*

    From: PILIERO GOLDSTEIN, LLP

    To:     BUTZEL LONG, P.C.

    [X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

[X] *Address:* 380 Madison Avenue, 22nd Floor, New York, New York 10017

[X] *Telephone Number:* 212-818-1110

[X] *Fax Number:*    212-818-0494

[X] *E-Mail Address:* Brosnick@butzel.com

Dated: 12/17/2007