Sweet, T



RECEIVED
DEC 1 4 2007
JUDGE SWEET CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
In re
MUSICLAND HOLDING CORP., et al.,

                Debtors.

-----------------------------------

BUENA VISTA HOME
ENTERTAINMENT, INC., ET AL.,

                Plaintiffs,

       - against -

WACHOVIA BANK, N. A., ET AL.,

                Defendants.
------------------------------------X

07-cv-08423 (RWS)

Case No. 06-10064 (SMB)

Chapter 11

Jointly Administered

Adv. Proc. No. 07-01705 (SMB)

On Appeal from the Order and Judgment of the United States Bankruptcy Court of the Southern District of New York Granting Defendants' Motions to Dismiss the Complaint

**STIPULATION AND ~~PROPOSED~~ ORDER FOR SUBSTITUTION OF COUNSEL**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys and Defendant Harris, N.A. that Harris, N.A. hereby substitutes its counsel of record in this matter. On November 9, 2007, this Court entered an Order which, *inter alia*, set a date for the Argument on the Bankruptcy Appeal on January 16, 2008.

                                FORMER ATTORNEYS

Harris, N.A.'s former counsel:

    Piliero Goldstein, LLP
    10 East 53rd Street, 36th Floor
    New York, New York 10022
    (212) 478-8500

are no longer Harris, N.A.'s attorneys in this matter.



00039267.1 H008207.0001

## NEW ATTORNEYS

Harris Bank N.A.'s new counsel in this matter and its new attorneys of record on whom all notices and papers may be served is:

> Robert D. Piliero, Esq. (RP 6898)
> Butzel Long, P.C.
> 380 Madison Avenue
> New York, New York 10017
> 212-818-1110

Dated: New York, New York
November 26, 2007

HARRIS, N.A.

By: _____
Name FREDERICK V. LOCHBIHLER
Its Duly Authorized Representative

Dated: New York, New York
December 1, 2007

BUTZEL LONG, P.C.

By: _____
Robert D. Piliero, Esq. (RP 6898)
380 Madison Avenue
New York, New York 10017
212-818-1110

*Attorneys for Defendants Harris, N.A.*

Dated: New York, New York
November 30, 2007

PILIERO GOLDSTEIN, LLP

By: _____
Robert D. Piliero (RP 6898)
10 East 53rd Street
New York, NY 10022
(212) 478-8500

SO ORDERED
_____
December 17, 2007

000392571 H008207

2