PACHULSKI STANG ZIEHL & JONES LLP
Robert J. Feinstein (RF 2836)
Alan J. Kornfeld (AK 5647)
Beth E. Levine (BL 6715)
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

Counsel for Appellants

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>MUSICLAND HOLDING CORP., *et al.*,<br><br>Debtors. | 07-CV-08423-(RWS)<br><br>Chapter 11 |
| BUENA VISTA HOME ENTERTAINMENT, INC., a California corporation; CARGILL FINANCIAL SERVICES INTERNATIONAL, INC., a Delaware corporation; HAIN CAPITAL GROUP, LLC, a Delaware limited liability company; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC, a Delaware limited liability company; UBS WILLOW FUND, LLC, a Delaware limited liability company; and VÄRDE INVESTMENT PARTNERS, L.P., a Delaware limited partnership,<br><br>Appellants,<br><br>v.<br><br>WACHOVIA BANK, N.A., a national banking association, in its capacity as Agent; and HARRIS N.A., a national banking association,<br><br>Appellees. | Bk. Case No. 06-10064 (SMB)<br>Jointly Administered<br><br>Adv. Proc. No. 07-01705 (SMB)<br><br>On Appeal from the Order and Judgment of the United States Bankruptcy Court of the Southern District of New York Granting Defendants' Motions to Dismiss Complaint |

## AFFIDAVIT OF SERVICE

Denise A. Harris, being duly sworn, affirms, deposes and says:

1. I am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP and am not a party to the action herein.

2. On December 21, 2007, I caused to be served the *Reply Brief of Appellants* on the parties on the attached service list by Federal Express, an overnight courier

       /s/ Denise A. Harris  _____
       DENISE A. HARRIS

SWORN TO AND SUBSCRIBED before me this
26th day of December, 2007

 /s/ Thomas J. Brown                       _____
Thomas J. Brown
Notary Public, State of New York
Registration No. 01BR6160813
Qualified in Queens County
Commission Expires February 12, 2011

## SERVICE LIST
**(Served via Federal Express)**

Richard Haddad, Esq.
Otterbourg Steindler Houston & Rosen
230 Park Avenue
New York, NY  10169


Frederick Lochbihler, Esq.
Chapman & Cutler LLP
111 West Monroe Street
Chicago, IL  60603


Robert D. Piliero, Esq.
Butzel Long, P.C.
380 Madison
New York, New York 10017