Robert J. Feinstein (RF 2836)
Alan J. Kornfeld (AK 5647)
Beth E. Levine (BL 6715)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone:   (212) 561-7700
Facsimile:    (212) 561-7777
Counsel for Appellants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) |
| | ) |
| MUSICLAND HOLDING CORP., et al., | ) |
| | ) |
| Debtors. | ) |
| ———————————————— | ) |
| | ) |
| BUENA VISTA HOME ENTERTAINMENT, | ) |
| INC., a California corporation; CARGILL | ) |
| FINANCIAL SERVICES INTERNATIONAL, | ) |
| INC., a Delaware corporation; HAIN CAPITAL | ) |
| GROUP, LLC, a Delaware limited liability | ) |
| company; PARAMOUNT PICTURES | ) |
| CORPORATION, a Delaware corporation; | ) |
| TWENTIETH CENTURY FOX HOME | ) |
| ENTERTAINMENT LLC, a Delaware limited | ) |
| liability company; UBS WILLOW FUND, LLC, | ) |
| a Delaware limited liability company; and | ) |
| VÄRDE INVESTMENT PARTNERS, L.P., a | ) |
| Delaware limited partnership, | ) |
| | ) |
| Appellants, | ) |
| | ) |
| v. | ) |
| | ) |
| WACHOVIA BANK, N.A., a national banking | ) |
| association, in its capacity as Agent; and | ) |
| HARRIS N.A., a national banking association, | ) |
| | ) |
| Appellees. | ) |
| | ) |

Appeal No. 07-CV-08423 (RWS)

Chapter 11

Bk. Case No. 06-10064 (SMB)
Jointly Administered

Adv. Proc. No. 07-01705 (SMB)

## APPELLANT CARGILL FINANCIAL SERVICES INTERNATIONAL, INC.'S STATEMENT PURSUANT TO FRCP 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and in order to enable the judges and magistrates of this Court to evaluate possible disqualification or recusal, counsel for Appellant Buena Vista Home Entertainment, Inc. (a private, non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party in which securities or other interests are publicly held: Cargill Financial Services Corporation.

Dated: New York, New York
      December 27, 2007

                         /s/ Beth E. Levine
                         Robert J. Feinstein (RF 2836)
                         Alan J. Kornfeld (AK 5647)
                         Beth E. Levine (BL 6715)
                         PACHULSKI STANG ZIEHL & JONES LLP
                         780 Third Avenue, 36th Floor
                         New York, New York 10017
                         Telephone:  (212) 561-7700
                         Facsimile:  (212) 561-7777

                         Attorneys for Appellant