Robert J. Feinstein (RF 2836)
Alan J. Kornfeld (AK 5647)
Beth E. Levine (BL 6715)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777
Counsel for Appellants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>MUSICLAND HOLDING CORP., et al.,<br><br>　　　　　　Debtors.<br><br>BUENA VISTA HOME ENTERTAINMENT, INC., a California corporation; CARGILL FINANCIAL SERVICES INTERNATIONAL, INC., a Delaware corporation; HAIN CAPITAL GROUP, LLC, a Delaware limited liability company; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC, a Delaware limited liability company; UBS WILLOW FUND, LLC, a Delaware limited liability company; and VÄRDE INVESTMENT PARTNERS, L.P., a Delaware limited partnership,<br><br>　　　　　　Appellants,<br><br>v.<br><br>WACHOVIA BANK, N.A., a national banking association, in its capacity as Agent; and HARRIS N.A., a national banking association,<br><br>　　　　　　Appellees. | Appeal No. 07-CV-08423 (RWS)<br><br>Chapter 11<br><br>Bk. Case No. 06-10064 (SMB)<br>Jointly Administered<br><br>Adv. Proc. No. 07-01705 (SMB) |

**APPELLANT BUENA VISTA HOME ENTERTAINMENT,
INC.'S STATEMENT PURSUANT TO FRCP 7.1**

DOCS_NY:13800.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and in order to enable the judges and magistrates of this Court to evaluate possible disqualification or recusal, counsel for Appellant Buena Vista Home Entertainment, Inc. (a private, non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party in which securities or other interests are publicly held: The Walt Disney Company, Inc.

Dated: New York, New York
December 27, 2007

/s/ Beth E. Levine
Robert J. Feinstein (RF 2836)
Alan J. Kornfeld (AK 5647)
Beth E. Levine (BL 6715)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

Attorneys for Appellant