Fredrick V. Lochbihler *(admitted pro hac vice)*
David S. Barritt *(admitted pro hac vice)*
Michael T. Benz *(admitted pro hac vice)*
**CHAPMAN AND CUTLER LLP**
111 West Monroe Street
Chicago, Illinois 60603
Tel: (312) 845-3000
Fax: (312) 701-2361

   -and-

Robert D. Piliero (RP 6898)
Richard B. Brosnick (RB 0005)
**BUTZEL LONG, a professional corporation**
380 Madison Avenue
New York, New York 10017
Tel: (212) 818-1110
Fax: (212) 818-0494

*Attorneys for Appellee Harris, N.A.*

SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

| | |
|---|---|
| In re | ) |
| MUSICLAND HOLDING CORP., et al., | ) |
|  | ) |
| Debtors, | ) |
| -------------------------------- | ) Appeal No. 07-CV-08423 (RWS) |
|  | ) |
|  | ) Bk Case No. 06-10064 (SMB) |
| BUENA VISTA HOME | ) Jointly Administered |
| ENTERTAINMENT, INC., ET AL., | ) |
|  | ) Chapter 11 |
| Appellants, | ) |
|  | ) Adv. Proc. No. 07-01705 (SMB) |
| - against - | ) |
|  | ) **RULE 7.1 STATEMENT** |
|  | ) |
| WACHOVIA BANK, N. A., ET AL., | ) |
|  | ) |
|  | ) |
| Appellees. | ) |

---------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and in order to enable the judges and magistrates of the Court to evaluate possible disqualifications or recusal, counsel for Defendant Harris, N.A. (a private, non-governmental party), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party in which securities or other interests are publicly held: Bank of Montreal

Dated: New York, New York
       January 7, 2008

Respectfully submitted,

**CHAPMAN AND CUTLER LLP**
Fredrick V. Lochbihler *(admitted pro hac vice)*
David S. Barritt *(admitted pro hac vice)*
Michael T. Benz *(admitted pro hac vice)*
111 West Monroe Street
Chicago, Illinois 60603
Tel: (312) 845-3000
Fax: (312) 701-2361

-and-

**BUTZEL LONG, a professional corporation**

By:  /s/ Robert D. Piliero
      Robert D. Piliero (RP 6898)
      Richard B. Brosnick (RB 0005)
380 Madison Avenue
New York, New York 10017
Tel: (212) 818-1110
Fax: (212) 818-0494

*Attorneys for Appellee Harris N.A.*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached Rule 7.1 Statement was served on behalf of Appellee Harris, N.A., upon the parties listed below via regular mail and ECF on January 7, 2008:

/s/ Richard B. Brosnick

Richard B. Brosnick

Robert J. Feinstein, Esq.
Pachulski Stang Ziehl Young
  Jones & Weintraub LLP
780 Third Avenue, 36th Floor
New York, New York 10017
  *Attorneys for Plaintiffs*

Jonathan N. Helfat, Esq.
Richard G. Haddad, Esq.
Otterbourg, Steindler, Houston
  & Rosen, P.C.
230 Park Avenue
New York, New York 10169
  *Attorneys for Defendant Wachovia Bank, N.A*