UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re
MUSICLAND HOLDING CORP., et al.,            07-cv-08423 (RWS)
              Debtors.
-----------------------------------------------------------X    Case No. 06-10064 (SMB)
BUENA VISTA HOME
ENTERTAINMENT, INC., ET AL.,                Chapter 11
                                        Jointly Administered
                         Plaintiffs,

                                        Adv. Proc. No. 07-01705 (SMB)
       against --

WACHOVIA BANK, N.A., ET AL.,                On Appeal from the Order and
              Defendants                   Judgment of the United States
                                           Bankruptcy Court of the Southern
                                           District of New York Granting
                                           Defendants' Motions to Dismiss the
                                           Complaint
-----------------------------------------------------------X

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for: Harris N.A., Appellee.

I certify that I am admitted to practice in this Court.

January 11, 2008

/s/ Richard B. Brosnick
Signature

Richard B. Brosnick     (RB0005)
Print Name              Bar Number

Butzel Long, a professional corporation
380 Madison Avenue, 22nd Floor
Address

New York, New York 10017
City        State        Zip Code

212-818-1110         212-818-0494

Brosnick@butzel.com
Email Address