UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re

MUSICLAND HOLDING CORP., et al.,
                    Debtors.
-----------------------------------------------------------X
BUENA VISTA HOME ENTERTAINMENT, INC.,
et al.,
                    Appellants,         07 **CIVIL** 8423 (RWS)

       -against-                       **JUDGMENT**

WACHOVIA BANK, N.A., et al.,
                    Appellees.
-----------------------------------------------------------X

        Appellants having appealed from a Memorandum Decision and Order of the United States Bankruptcy Court for the Southern District of New York (Bernstein, J.), and the matter having come before the Honorable Robert W. Sweet, United States District Judge, and the Court, on May 21, 2008, having rendered its Opinion affirming the Bankruptcy Court's Order and Judgment in its entirety, with costs, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated May 21, 2008, the Bankruptcy Court's Order and Judgment is affirmed in its entirety, with costs.

**Dated:** New York, New York
            June 3, 2008

                                          **J. MICHAEL McMAHON**
                                             Clerk of Court
                        BY:
                                               **Deputy Clerk**

        THIS DOCUMENT WAS ENTERED
        ON THE DOCKET ON _____

*USDC SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: _____ / DATE FILED: 6/3/-8*