PACHULSKI STANG ZIEHL & JONES LLP
Alan J. Kornfeld (AK 5647)
Beth E. Levine (BL 6715)
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

Counsel for Appellants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>MUSICLAND HOLDING CORP., et al.,<br>         Debtors. | File No. 07-CV-08423-(RWS) |
| BUENA VISTA HOME ENTERTAINMENT, INC., a California corporation; CARGILL FINANCIAL SERVICES INTERNATIONAL, INC., a Delaware corporation; HAIN CAPITAL GROUP, LLC, a Delaware limited liability company; PARAMOUNT PICTURES CORPORATION, a Delaware corporation; TWENTIETH CENTURY FOX HOME ENTERTAINMENT LLC, a Delaware limited liability company; UBS WILLOW FUND, LLC, a Delaware limited liability company; and VÄRDE INVESTMENT PARTNERS, L.P., a Delaware limited partnership,<br><br>         Appellants,<br><br>v.<br><br>WACHOVIA BANK, N.A., a national banking association, in its capacity as Agent; and HARRIS N.A., a national banking association,<br><br>         Appellees. | Chapter 11<br>Bk. Case No. 06-10064 (SMB)<br>Jointly Administered<br><br>Adv. Proc. No. 07-01705 (SMB)<br><br>On Appeal from the Order and Judgment of the United States Bankruptcy Court of the Southern District of New York Granting Defendants' Motions to Dismiss Complaint |

FILED U.S.DC
JUN 23 2008
S.D. OF N.Y.

### NOTICE OF APPEAL TO THE UNITED STATES
### COURT OF APPEALS FOR THE SECOND CIRCUIT

59182-001\DOCS_NY:16017.1

Buena Vista Home Entertainment, Inc., Cargill Financial Services International, Inc., Hain Capital Group, LLC, Twentieth Century Fox Home Entertainment LLC, UBS Willow Fund, LLC, and Värde Investment Partners, L.P. (collectively, "Appellants"), appellants in the above-captioned appeal of a judgment of the Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), through their undersigned counsel, appeal to the United States Court of Appeals for the Second Circuit from the final judgment of the District Court for the Southern District of New York affirming the Bankruptcy Court's Order and Judgment granting motion to dismiss.

The parties to the Judgment appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

    Alan J. Kornfeld
    Beth E. Levine
    Pachulski Stang Ziehl & Jones LLP
    780 Third Avenue, 36th Floor
    New York, New York 10017
    Telephone: (212) 561-7700
    Facsimile: (212) 561-7777

    Attorneys for Buena Vista Home
    Entertainment, Inc., Cargill Financial Services
    International, Inc., Hain Capital Group, LLC,
    Paramount Pictures Corporation, Twentieth
    Century Fox Home Entertainment LLC,
    UBS   Willow  Fund, LLC
    and Värde Investment Partners, L.P.


    Richard Haddad
    Stuart J. Wells.
    Otterbourg Steindler Houston & Rosen, P.C.
    230 Park Avenue
    New York, New York 10169
    Telephone: (212) 661-9100
    Facsimile: (212) 682-6104

    Attorneys for Appellee Wachovia Bank, N.A.

Fredrick Lochbihler
David S. Barritt
Michael T. Benz
Chapman & Cutler LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
Facsimile: (312) 701-2361

Co-Counsel for Appellee Harris, N.A.

Richard D. Brosnick, Esq.
Butzel Long, a professional corporation
380 Madison Avenue, 22nd Floor
New York, New York 10017
Telephone: (212) 818-1110
Facsimile: (212) 818-0494

Co-Counsel for Appellee Harris, N.A.

Dated:  New York, New York
        June 23, 2008

*/s/ Beth E. Levine*
Alan J. Kornfeld (AK 5647)
Beth E. Levine (BL 6715)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York 10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777

Counsel for Appellants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re

MUSICLAND HOLDING CORP., et al.,
        Debtors.
------------------------------------------------------------X
BUENA VISTA HOME ENTERTAINMENT, INC.,
et al.,
       Appellants,      07 CIVIL 8423 (RWS)

    -against-         **JUDGMENT**

WACHOVIA BANK, N.A., et al.,
       Appellees.
------------------------------------------------------------X

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 6/3/-8]

   Appellants having appealed from a Memorandum Decision and Order of the United States Bankruptcy Court for the Southern District of New York (Bernstein, J.), and the matter having come before the Honorable Robert W. Sweet, United States District Judge, and the Court, on May 21, 2008, having rendered its Opinion affirming the Bankruptcy Court's Order and Judgment in its entirety, with costs, it is,

   **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated May 21, 2008, the Bankruptcy Court's Order and Judgment is affirmed in its entirety, with costs.

Dated: New York, New York
     June 3, 2008

                   J. MICHAEL McMAHON
                     Clerk of Court
           BY:
                     Deputy Clerk

       THIS DOCUMENT WAS ENTERED
       ON THE DOCKET ON _____